PATE, Respondent, v. SAYRE MOULDING CO. Limited, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Frank E. Pate against the Sayre Moulding Company, Limited.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

PEOPLE, Respondent, v. ABEEL, Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Proceedings by the people of the state of New York against James N. Abeel. M. S. Lynch, for appellant. R. A. Taylor, for the People. No opinion. Judgment affirmed. See 91 N. Y. Supp. 699.

PEOPLE, Respondent, v. BEYERS, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Proceedings by the people of the state of New York against Rudolph Beyers. M. H. Harris, for appellant. E. Sandford, for respondent. No opinion. Judgment affirmed.